```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP 2 4 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-063-JCM-(CWH) |
| ) | |
| DAVID PECOR, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT DAVID PECOR

On September 20, 2012, this Court entered the Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 1029(c)(1)(C), forfeiting property of defendant DAVID PECOR to the United States of America. Amended Preliminary Order of Forfeiture, ECF No. 134.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) that the forfeiture of

. . .

. . .

. . .

1  the property named in the Amended Preliminary Order of Forfeiture (ECF No. 134) is final as to

2  defendant DAVID PECOR.

3        DATED this 24th day of _____Sept_____, 2012.

UNITED STATES DISTRICT JUDGE

2